IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AYANA M. ALBURG, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-2419 |
| | : | |
| **ELIJAH K. JONES, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this __26th__ day of July 2021, upon consideration of the Motions to Dismiss from both the Ridley Township Police Defendants (ECF 11) and the Pennsylvania State Police Defendants (ECF 12), along with Plaintiffs' Response in Opposition to both Motions (ECF 15), **IT IS HEREBY ORDERED AND DECREED** that all Defendants' Motions are **GRANTED**.

1. Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.[1]

2. The Ridley Township Defendants' first Motion to Dismiss (ECF 8) and Motion for Reply Brief (ECF 16) are **DENIED AS MOOT**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated July 26, 2021