IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AYANA M. ALBURG | : | CIVIL ACTION |
| TIMOTHY Q. EDWARDS | : | |
| | : | |
| v. | : | |
| | : | |
| ELLIJAH K. JONES, THOMAS G. | : | |
| FALCON, DOUGLAS DRAKE, COLONEL | : | |
| ROBERT EVANCHICK, DETECTIVE LT. | : | |
| CHARLES A. PALO, JR., TIMOTHY | : | |
| KEARNEY, CAPTAIN SCOTT | : | |
| WILLOUGHBY, TOWNSHIP OF RIDLEY | : | |
| a/k/a Ridley Township and JOHN DOE | : | NO. 20-2419 |

## ORDER

**NOW,** this 21st day of May, 2025, upon consideration of the Plaintiff's Motion for Partial Summary Judgment on Liability (Doc. No. 46), the defendants' responses, and the plaintiff's reply, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.