# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AYANA M. ALBURG | : | CIVIL ACTION |
| TIMOTHY Q. EDWARDS | : | |
| | : | |
| v. | : | |
| | : | |
| ELLIJAH K. JONES, THOMAS G. FALCON, DOUGLAS DRAKE, COLONEL ROBERT EVANCHICK, DETECTIVE LT. CHARLES A. PALO, JR., TIMOTHY KEARNEY, CAPTAIN SCOTT WILLOUGHBY, TOWNSHIP OF RIDLEY a/k/a Ridley Township and JOHN DOE | : | NO. 20-2419 |

## ORDER

**NOW,** this 21st day of May, 2025, upon consideration of the PSP Defendants' Motion for Summary Judgment (Doc. No. 49), the plaintiffs' response, and the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks summary judgment on Count I for illegal seizure and deprivation of property without due process and Count VI for malicious prosecution of plaintiff Timothy Edwards, it is **GRANTED**.

2. To the extent the motion seeks summary judgment on Count II for false arrest of plaintiff Ayana Alburg and Count VI for malicious prosecution of Alburg, it is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.